**INDONESIAN FULL GOSPEL FELLOWSHIP**   10226

Employee: MING W LIE, 2314 S 21th street, Philadelphia, PA 19145
SSN: ***-**-2914
Pay Period: 01/01/2018 - 01/31/2018
Pay Date: 02/02/2018

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 1,800.00 | 3,600.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Philadelphia Resident | -70.63 | -141.26 |
| Federal Withholding | -108.00 | -216.00 |
| PA - Withholding | -55.26 | -110.52 |
| PA - Unemployment Employee | -1.08 | -2.16 |
| | -234.97 | -469.94 |

| Net Pay | 1,565.03 | 3,130.06 |
|---|---|---|

| Paid Time Off | Earned | YTD Used | Available |
|---|---|---|---|
| Sick | 0:00 | | 0:00 |
| Vacation | 0:00 | | 0:00 |

INDONESIAN FULL GOSPEL FELLOWS, 2026 S 13th Street, Philadelphia, PA 19148-5504

---

**INDONESIAN FULL GOSPEL FELLOWSHIP**   10227

Employee: MING W LIE, 2314 S 21th street, Philadelphia, PA 19145
SSN: ***-**-2914
Status (Fed/State): Married/Withhold
Allowances/Extra: Fed-0/0/PA-0/0
Pay Period: 02/01/2018 - 02/28/2018
Pay Date: 03/02/2018

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 1,800.00 | 5,400.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Philadelphia Resident | -70.63 | -211.89 |
| Federal Withholding | -108.00 | -324.00 |
| PA - Withholding | -55.26 | -165.78 |
| PA - Unemployment Employee | -1.08 | -3.24 |
| | -234.97 | -704.91 |

| Net Pay | 1,565.03 | 4,695.09 |
|---|---|---|

INDONESIAN FULL GOSPEL FELLOWS, 2026 S 13th Street, Philadelphia, PA 19148-5504