# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-11814-AMC

MING LIE
KI KI LIE
2314 S. 21ST STREET

PHILADELPHIA, PA 19145

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    MING LIE
    KI KI LIE
    2314 S. 21ST STREET

    PHILADELPHIA, PA 19145

**Counsel for debtor(s), by electronic notice only.**
    ZACHARY PERLICK, ESQ.
    1420 WALNUT ST
    SUITE 718
    PHILADELPHIA, PA 19102-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                      /s/ William C. Miller

Date: 5/23/2018

                      _____
                      William C. Miller, Esquire
                      Chapter 13 Standing Trustee