BECKET & LEE LLP
ATTORNEYS AT LAW

16 GENERAL WARREN BOULEVARD
P.O. BOX 3001
MALVERN, PA 19355

(610) 644-7800
FACSIMILE: (610) 993-8493
E-MAIL: ddirocco@becket-lee.com

THOMAS A. LEE, III *☐
SANDRA K. CURTIN *
GILBERT B. WEISMAN *+☐

ALANE A. BECKET *
JOHN D. SHEEHAN *
WILLIAM J. BECKET

KENNETH W. KLEPPINGER *
NATALIE M. MC GHEE *
DAWN S. OSMAN *
CHRISTOPHER R. PFAFF *
JASON A. UREY

MARGARET E. SCHIAVONE *
MICHELLE L. MC GOWAN *
CRYSTAL JONES OSWALD *
THOMAS F. GALLAGHER *

* ALSO MEMBER NJ BAR
☐ ALSO MEMBER FL BAR
+ ALSO MEMBER CA BAR

SENDER'S EXT. 2217

May 31, 2018

Zachary Perlick, Esquire
1420 Walnut Street, Suite 718
Philadelphia, PA 19102

RE:  Ming Lie and Ki Ki Lie, Debtors.
     Bankruptcy Number: 18-11814-amc

Dear Mr. Perlick:

Becket & Lee LLP represents American Express National Bank in the above-referenced bankruptcy. We received the Debtors' Objections to Claim Numbers 3, 4 and 5. Please be advised that we will not contest the Objections. If you should have any questions, please feel free to contact me at the above number.

Very truly yours,
BECKET & LEE LLP

BY: _____
Desiree DiRocco, Paralegal

/dad