```
          IN THE UNITED STATES BANKRUPTCY COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: MING & KIKI LIE         :    CHAPTER 13
                               :
                               :
        DEBTORS                :    Bankruptcy No. 18-11814AMC
```

## ORDER

AND NOW, this 26th day of June, 2018, after consideration of Debtor's Objection to the Proof of Claim filed by AMERICAN EXPRESS NATIONAL BANK, and after notice and opportunity to be heard, it is hereby

ORDERED that the Proof of Claim filed by AMERICAN EXPRESS NATIONAL BANK, claim number 4-1 in the amount of $39,582.58, is disallowed as filed, and ORDERED that the claim is disallowed.

_____
THE HONORABLE ASHELY M. CHAN

service list:
Zachary Perlick, Esquire
1420 Walnut Street, Suite 718
Philadelphia, PA 19102

William C. Miller, Esquire
1234 Market Street
Suite 1813
Philadelphia, PA 19107

AMERICAN EXPRESS NATIONAL BANK, N.A.
Shraddha Bharatia, Claims Administrator
Becket and Lee, LLP
PO Box 3001
Malvern, PA 19355-0701

MING & KIKI LIE
2314 S. 21st Street
Philadelphia, PA 19145