United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-11814-amc
Ming Lie                                                                Chapter 13
Ki Ki Lie
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW              Page 1 of 1                  Date Rcvd: Jun 26, 2018
                              Form ID: pdf900             Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2018.
db/jdb         +Ming Lie,   Ki Ki Lie,   2314 S. 21st Street,   Philadelphia, PA 19145-3418
14075240        American Express,   P.O. Box 1270,   Newark, NJ 07101-1270

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 26, 2018 at the address(es) listed below:
              JAMES A. PROSTKO    on behalf of Creditor    THE BANK OF NEW YORK MELLON, et. al. paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    THE BANK OF NEW YORK MELLON, et. al. paeb@fedphe.com
              KEVIN G. MCDONALD    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
              ZACHARY   PERLICK    on behalf of Plaintiff Ming  Lie Perlick@verizon.net,   pireland1@verizon.net
              ZACHARY   PERLICK    on behalf of Debtor Ming  Lie Perlick@verizon.net,   pireland1@verizon.net
              ZACHARY   PERLICK    on behalf of Joint Debtor Ki Ki  Lie Perlick@verizon.net,
               pireland1@verizon.net
              ZACHARY   PERLICK    on behalf of Plaintiff Ki Ki  Lie Perlick@verizon.net,   pireland1@verizon.net
                                                                                             TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: MING & KIKI LIE | : | CHAPTER 13 |
| | : | |
| | : | |
| DEBTORS | : | Bankruptcy No. 18-11814AMC |

### ORDER

AND NOW, this 26th day of June, 2018, after consideration of Debtor's Objection to the Proof of Claim filed by AMERICAN EXPRESS NATIONAL BANK, and after notice and opportunity to be heard, it is hereby

ORDERED that the Proof of Claim filed by AMERICAN EXPRESS NATIONAL BANK, claim number 4-1 in the amount of $39,582.58, is disallowed as filed, and ORDERED that the claim is disallowed.

_____
THE HONORABLE ASHELY M. CHAN

service list:
Zachary Perlick, Esquire
1420 Walnut Street, Suite 718
Philadelphia, PA 19102

William C. Miller, Esquire
1234 Market Street
Suite 1813
Philadelphia, PA 19107

AMERICAN EXPRESS NATIONAL BANK, N.A.
Shraddha Bharatia, Claims Administrator
Becket and Lee, LLP
PO Box 3001
Malvern, PA 19355-0701

MING & KIKI LIE
2314 S. 21st Street
Philadelphia, PA 19145