## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:      MING & KIKI LIE          : CHAPTER 13
:
:
:
DEBTORS              : BANKRUPTCY NO. 18-11814

### CERTIFICATION OF NO-OBJECTION OR RESPONSE

I, Zachary Perlick, Esquire, hereby certify that I filed an Motion to Approve Loan Modification on July 20, 20187 and gave notice to the Debtor, the Trustee, and all interested parties that they had twenty (20) days to file an answer, objection or other responsive pleading; that more than twenty (20) days have passed since the notices were mailed and I have not received an Answer, objection or other responsive pleading.  I therefore request that the court enter the Order accompanying said application.

                BY    /s/ Zachary Perlick
                        Zachary Perlick, Esquire
                        1420 Walnut Street, Suite 718
                        Philadelphia, PA  19102
                        (215) 569-2922