# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | MING & KIKI LIE | : | CHAPTER 13 |
| | | : | |
| | | : | |
| | DEBTORS | : | Bankruptcy No. 18-11814AMC |

## ORDER

AND NOW, this 28th day of August, 2018, it is hereby ORDERED that if MING & KIKI LIE (the "DEBTORS") and Ocwen Loan Servicing, LLC ("Mortgagee") elect to enter into the proposed loan modification under the terms proposed by the Mortgagee, the debtors and Mortgagee may do so without there being any violation of the bankruptcy stay, or the previous provisions of 11 U.S.C. 362.

BY THE COURT:

_____
ASHELY M. CHAN
UNITED BANKRUPTCY JUDGE

Service List:
William C. Miller, Trustee
1234 Market Street, Suite 1813
Philadelphia, PA 19107