United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-11814-amc
Ming Lie                                                                  Chapter 13
Ki Ki Lie
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: ChrissyW         Page 1 of 1         Date Rcvd: Aug 28, 2018
                        Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2018.
db/jdb         +Ming Lie,    Ki Ki Lie,    2314 S. 21st Street,    Philadelphia, PA 19145-3418

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2018                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 28, 2018 at the address(es) listed below:
        JAMES A. PROSTKO    on behalf of Creditor    THE BANK OF NEW YORK MELLON, et. al. paeb@fedphe.com
        JEROME B. BLANK    on behalf of Creditor    THE BANK OF NEW YORK MELLON, et. al. paeb@fedphe.com
        KEVIN G. MCDONALD    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
        THOMAS YOUNG.HAE SONG    on behalf of Creditor    DITECH FINANCIAL LLC paeb@fedphe.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
        ZACHARY PERLICK    on behalf of Plaintiff Ming  Lie Perlick@verizon.net, pireland1@verizon.net
        ZACHARY PERLICK    on behalf of Debtor Ming  Lie Perlick@verizon.net, pireland1@verizon.net
        ZACHARY PERLICK    on behalf of Joint Debtor Ki Ki  Lie Perlick@verizon.net,
        pireland1@verizon.net
        ZACHARY PERLICK    on behalf of Plaintiff Ki Ki  Lie Perlick@verizon.net, pireland1@verizon.net
                                                                                                                                    TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    MING & KIKI LIE    :    CHAPTER 13
                             :
                             :
         DEBTORS             :    Bankruptcy No. 18-11814AMC

ORDER

AND NOW, this 28th day of August, 2018, it is hereby ORDERED that if MING & KIKI LIE (the "DEBTORS") and Ocwen Loan Servicing, LLC ("Mortgagee") elect to enter into the proposed loan modification under the terms proposed by the Mortgagee, the debtors and Mortgagee may do so without there being any violation of the bankruptcy stay, or the previous provisions of 11 U.S.C. 362.

BY THE COURT:

_____
ASHELY M. CHAN
UNITED BANKRUPTCY JUDGE

Service List:
William C. Miller, Trustee
1234 Market Street, Suite 1813
Philadelphia, PA 19107