# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Ki Ki Lie<br>　　　　Ming Lie<br>　　　　　　　Debtor(s) | | CHAPTER 13 |
| Ditech Financial LLC,<br>　　　　　　　Movant<br>　　vs.<br>Ki Ki Lie<br>Ming Lie<br>　　　　　　　Debtor(s) | | NO. 18-11814 AMC |
| William C. Miller Esq.<br>　　　　　　　Trustee | | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of Ditech Financial LLC, which was filed with the Court on or about **May 8, 2018; Docket No. 17**.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　**/s/ Kevin G. McDonald, Esquire**
　　　　　　　　　　　　　　　　　　Kevin G. McDonald, Esquire
　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　215-627-1322

September 19, 2018