IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BK. No. 18-11814 AMC |
| MING LIE | : | |
| KI KI LIE | : | Chapter No. 13 |
| Debtors | : | |
| | : | |
| DITECH FINANCIAL LLC | : | |
| Movant | : | |
| v. | : | 11 U.S.C. §362 |
| MING LIE | : | |
| KI KI LIE | : | |
| Respondents | : | |

**ORDER GRANTING RELIEF FROM THE STAY IN ORDER TO PROCEED WITH LOAN MODIFICATION**

**AND NOW**, this 27th day of September, 2018, at **PHILADELPHIA**, upon Motion of **DITECH FINANCIAL LLC** (Movant), it is:

**ORDERED**, that approval and recording (if applicable) of the loan modification shall in no way constitute a violation of the automatic stay; and it is further;

**ORDERED** that Movant shall be permitted to communicate with the Debtors and Debtors' counsel to the extent necessary to comply with applicable non-bankruptcy law;

**ORDERED** that Rule 4001(a)(3) is not applicable and **DITECH FINANCIAL LLC** may immediately enforce and implement this Order granting Relief from the Automatic Stay for the limited purpose of recording and completing the loan modification.

_____
ASHELY M. CHAN, Bankruptcy Judge

WILLIAM C MILLER, ESQUIRE (TRUSTEE)
P.O. BOX 1229
PHILADELPHIA, PA 19105

MING LIE
2314 S. 21ST STREET
PHILADELPHIA, PA 19145

ZACHARY PERLICK, ESQUIRE
1420 Walnut Street, Suite 718
Philadelphia, PA 19102-4006

KI KI LIE
2314 S. 21ST STREET
PHILADELPHIA, PA 19145