United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-11814-amc
Ming Lie                                                                  Chapter 13
Ki Ki Lie
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW          Page 1 of 1          Date Rcvd: Sep 27, 2018
                              Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2018.
db/jdb          +Ming Lie,   Ki Ki Lie,   2314 S. 21st Street,   Philadelphia, PA 19145-3418
14083129         Ditech Financial, LLC,   PO Box 6172,   Bovey, MN 55709

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2018                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2018 at the address(es) listed below:
        JAMES A. PROSTKO    on behalf of Creditor    THE BANK OF NEW YORK MELLON, et. al. paeb@fedphe.com
        JEROME B. BLANK    on behalf of Creditor    Ditech Financial LLC paeb@fedphe.com
        JEROME B. BLANK    on behalf of Creditor    THE BANK OF NEW YORK MELLON, et. al. paeb@fedphe.com
        KEVIN G. MCDONALD    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
        KEVIN G. MCDONALD    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
        THOMAS YOUNG.HAE SONG    on behalf of Creditor    DITECH FINANCIAL LLC paeb@fedphe.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
        ZACHARY PERLICK    on behalf of Plaintiff Ki Ki Lie Perlick@verizon.net, pireland1@verizon.net
        ZACHARY PERLICK    on behalf of Plaintiff Ming Lie Perlick@verizon.net, pireland1@verizon.net
        ZACHARY PERLICK    on behalf of Debtor Ming Lie Perlick@verizon.net, pireland1@verizon.net
        ZACHARY PERLICK    on behalf of Joint Debtor Ki Ki Lie Perlick@verizon.net,
   pireland1@verizon.net
                                                                                                                                  TOTAL: 12

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BK. No. 18-11814 AMC |
| MING LIE | : | |
| KI KI LIE | : | Chapter No. 13 |
|           Debtors | : | |
| | : | |
| DITECH FINANCIAL LLC | : | |
|           Movant | : | |
|           v. | : | 11 U.S.C. §362 |
| MING LIE | : | |
| KI KI LIE | : | |
|           Respondents | : | |

**ORDER GRANTING RELIEF FROM THE STAY IN ORDER TO PROCEED WITH LOAN MODIFICATION**

**AND NOW**, this 27th day of September, 2018, at **PHILADELPHIA**, upon Motion of **DITECH FINANCIAL LLC** (Movant), it is:

**ORDERED**, that approval and recording (if applicable) of the loan modification shall in no way constitute a violation of the automatic stay; and it is further;

**ORDERED** that Movant shall be permitted to communicate with the Debtors and Debtors' counsel to the extent necessary to comply with applicable non-bankruptcy law;

**ORDERED** that Rule 4001(a)(3) is not applicable and **DITECH FINANCIAL LLC** may immediately enforce and implement this Order granting Relief from the Automatic Stay for the limited purpose of recording and completing the loan modification.

_____
ASHELY M. CHAN, Bankruptcy Judge

WILLIAM C MILLER, ESQUIRE (TRUSTEE)
P.O. BOX 1229
PHILADELPHIA, PA 19105

ZACHARY PERLICK, ESQUIRE
1420 Walnut Street, Suite 718
Philadelphia, PA 19102-4006

MING LIE
2314 S. 21ST STREET
PHILADELPHIA, PA 19145

KI KI LIE
2314 S. 21ST STREET
PHILADELPHIA, PA 19145