United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Ming Lie
Ki Ki Lie
    Debtors

Case No. 18-11814-amc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: ChrissyW     Page 1 of 1     Date Rcvd: Oct 09, 2018
                         Form ID: trc       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 11, 2018.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14110317       E-mail/Text: bankruptcy.bnc@ditech.com Oct 10 2018 02:56:49
        Ditech Financial LLC fka Green Tree Servicing LLC,   P.O. Box 6154,
        Rapid City, South Dakota 57709-6154
                                                                                                            TOTAL: 1

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                            TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2018                                                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 9, 2018 at the address(es) listed below:
        JAMES A. PROSTKO   on behalf of Creditor   THE BANK OF NEW YORK MELLON, et. al. paeb@fedphe.com
        JEROME B. BLANK   on behalf of Creditor   Ditech Financial LLC paeb@fedphe.com
        JEROME B. BLANK   on behalf of Creditor   THE BANK OF NEW YORK MELLON, et. al. paeb@fedphe.com
        KEVIN G. MCDONALD   on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com
        KEVIN G. MCDONALD   on behalf of Creditor   DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
        THOMAS YOUNG.HAE SONG   on behalf of Creditor   DITECH FINANCIAL LLC paeb@fedphe.com
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com, philaecf@gmail.com
        ZACHARY PERLICK   on behalf of Plaintiff Ming Lie Perlick@verizon.net, pireland1@verizon.net
        ZACHARY PERLICK   on behalf of Debtor Ming Lie Perlick@verizon.net, pireland1@verizon.net
        ZACHARY PERLICK   on behalf of Joint Debtor Ki Ki Lie Perlick@verizon.net, pireland1@verizon.net
        ZACHARY PERLICK   on behalf of Plaintiff Ki Ki Lie Perlick@verizon.net, pireland1@verizon.net
                                                                                                              TOTAL: 12

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 18-11814-amc
Chapter 13

In re: Debtor(s) (including Name and Address)

Ming Lie
2314 S. 21st Street
Philadelphia PA 19145

Ki Ki Lie
2314 S. 21st Street
Philadelphia PA 19145

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/09/2018.

Name and Address of Alleged Transferor(s):

Claim No. 11: Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154

Name and Address of Transferee:

LSF10 Master Participation Trust c/o Caliber Home
13801 Wireless Way
Oklahoma City, OK  73134

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    10/11/18

Tim McGrath
**CLERK OF THE COURT**