United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Ming Lie
Ki Ki Lie
    Debtors

Case No. 18-11814-amc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: ChrissyW     Page 1 of 1     Date Rcvd: Jan 08, 2019
                 Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2019.
db/jdb         +Ming Lie,    Ki Ki Lie,    2314 S. 21st Street,    Philadelphia, PA 19145-3418

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                               TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2019                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 8, 2019 at the address(es) listed below:

         JAMES A. PROSTKO    on behalf of Creditor    THE BANK OF NEW YORK MELLON, et. al. paeb@fedphe.com
         JEREMY JOHN KOBESKI    on behalf of Creditor    LSF10 Master Participation Trust paeb@fedphe.com
         JEROME B. BLANK    on behalf of Creditor    Ditech Financial LLC paeb@fedphe.com
         JEROME B. BLANK    on behalf of Creditor    THE BANK OF NEW YORK MELLON, et. al. paeb@fedphe.com
         KEVIN G. MCDONALD    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
         KEVIN G. MCDONALD    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
         REBECCA ANN SOLARZ    on behalf of Creditor    LSF10 MASTER PARTICIPATION TRUST
         bkgroup@kmllawgroup.com
         THOMAS YOUNG.HAE SONG    on behalf of Creditor    THE BANK OF NEW YORK MELLON, et. al.
         paeb@fedphe.com
         THOMAS YOUNG.HAE SONG    on behalf of Creditor    DITECH FINANCIAL LLC paeb@fedphe.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
         ZACHARY PERLICK    on behalf of Plaintiff Ki Ki Lie Perlick@verizon.net, pireland1@verizon.net
         ZACHARY PERLICK    on behalf of Plaintiff Ming Lie Perlick@verizon.net, pireland1@verizon.net
         ZACHARY PERLICK    on behalf of Debtor Ming Lie Perlick@verizon.net, pireland1@verizon.net
         ZACHARY PERLICK    on behalf of Joint Debtor Ki Ki Lie Perlick@verizon.net,
         pireland1@verizon.net
                                                                                                                                          TOTAL: 15

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    MING & KIKI LIE    :    CHAPTER 13
          :
          :
          DEBTORS    :    BANKRUPTCY No. 18-11814AMC

**ORDER TO ALLOW COUNSEL FEES**

Upon consideration of the foregoing application, and upon notice, opportunity for hearing, and certification of no objection, counsel fees are allowed in the following amounts:

| | |
|---|---|
| Total fee award: | $6,500.00 |
| Total expense cost: | $ 30.15 |
| Attorney fee already paid by Debtor | $ 0.00 |
| Net amount to be paid by Trustee | $6,530.15 |

The net amount is to be paid by the Trustee to Zachary Perlick, Esquire, from available funds in the Debtor's estate.

BY THE COURT:

_____
THE HONORABLE ASHELY M. CHAN

Dated: **January 8, 2019**