**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | BK. No. 18-11814 |
| MING LIE | Chapter No. 13 |
| KI KI LIE | |
| Debtors | 11 U.S.C. §362 |

THE BANK OF NEW YORK MELLON (FKA
THE BANK OF NEW YORK) AS TRUSTEE
FOR THE HOLDERS OF AMERICAN HOME
MORTGAGE INVESTMENT TRUST 2004-4
               Movant
               v.
MING LIE
KI KI LIE
               Respondents

## ORDER

AND NOW, this 2nd day of September, 2020, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

*[signature]*

**MAGDELINE D. COLEMAN**
**Chief U.S. Bankruptcy Judge**

WILLIAM C. MILLER, Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

ZACHARY PERLICK
1420 Walnut Street
Suite 718
Philadelphia, PA 19102

U.S. Trustee
United States Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

Ming Lie
2314 S. 21st Street
Philadelphia, PA 19145

Ki Ki Lie
2314 S. 21st Street
Philadelphia, PA 19145

Jerome B. Blank, Esq.
Phelan Hallinan Diamond & Jones, LLP
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103