```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
```

In re:                                                        Case No. 18-11814-mdc
Ming Lie                                                      Chapter 13
Ki Ki Lie
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: ChrissyW              Page 1 of 1               Date Rcvd: Sep 02, 2020
                             Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 04, 2020.
db/jdb         +Ming Lie,   Ki Ki Lie,   2314 S. 21st Street,   Philadelphia, PA 19145-3418

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 2, 2020 at the address(es) listed below:
              JAMES A. PROSTKO    on behalf of Creditor    THE BANK OF NEW YORK MELLON, et. al. paeb@fedphe.com
              JEREMY JOHN KOBESKI    on behalf of Creditor    LSF10 Master Participation Trust
               jkobeski@grenenbirsic.com
              JEROME B. BLANK    on behalf of Creditor    THE BANK OF NEW YORK MELLON, et. al. paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    LSF10 MASTER PARTICIPATION TRUST paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    Ditech Financial LLC paeb@fedphe.com
              KEVIN G. MCDONALD    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              MARIO J. HANYON    on behalf of Creditor    LSF10 MASTER PARTICIPATION TRUST paeb@fedphe.com
              MARIO J. HANYON    on behalf of Creditor    THE BANK OF NEW YORK MELLON, et. al. paeb@fedphe.com
              REBECCA ANN SOLARZ    on behalf of Creditor    LSF10 MASTER PARTICIPATION TRUST
               bkgroup@kmllawgroup.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    THE BANK OF NEW YORK MELLON, et. al.
               paeb@fedphe.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    DITECH FINANCIAL LLC paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
              ZACHARY   PERLICK    on behalf of Joint Debtor Ki Ki  Lie Perlick@verizon.net,
               pireland1@verizon.net
              ZACHARY   PERLICK    on behalf of Plaintiff Ki Ki  Lie Perlick@verizon.net,    pireland1@verizon.net
              ZACHARY   PERLICK    on behalf of Plaintiff Ming  Lie Perlick@verizon.net,    pireland1@verizon.net
              ZACHARY   PERLICK    on behalf of Debtor Ming  Lie Perlick@verizon.net,    pireland1@verizon.net
                                                                                             TOTAL: 18

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : BK. No. 18-11814 |
| MING LIE | : Chapter No. 13 |
| KI KI LIE | : |
| Debtors | : 11 U.S.C. §362 |

THE BANK OF NEW YORK MELLON (FKA
THE BANK OF NEW YORK) AS TRUSTEE
FOR THE HOLDERS OF AMERICAN HOME
MORTGAGE INVESTMENT TRUST 2004-4
                                Movant
                       v.

MING LIE
KI KI LIE
                              Respondents

### ORDER

AND NOW, this  2nd  day of   September , 2020, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

                                                      _____
                                                      **MAGDELINE D. COLEMAN**
                                                      **Chief U.S. Bankruptcy Judge**

WILLIAM C. MILLER, Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

ZACHARY PERLICK
1420 Walnut Street
Suite 718
Philadelphia, PA 19102

U.S. Trustee
United States Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

Ming Lie
2314 S. 21st Street
Philadelphia, PA 19145

Ki Ki Lie
2314 S. 21st Street
Philadelphia, PA 19145

Jerome B. Blank, Esq.
Phelan Hallinan Diamond & Jones, LLP
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103