United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-11814-mdc |
| Ming Lie | Chapter 13 |
| Ki Ki Lie | |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 1 of 2 |
| Date Rcvd: Oct 27, 2020 | Form ID: trc | Total Noticed: 0 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2020:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14258559 | | LSF10 MASTER PARTICIPATION TRUST |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Oct 29, 2020 | Signature: | /s/Joseph Speetjens |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JAMES A. PROSTKO | on behalf of Creditor THE BANK OF NEW YORK MELLON et. al. paeb@fedphe.com |
| JEREMY JOHN KOBESKI | on behalf of Creditor LSF10 Master Participation Trust jkobeski@grenenbirsic.com |
| JEROME B. BLANK | on behalf of Creditor THE BANK OF NEW YORK MELLON et. al. paeb@fedphe.com |
| JEROME B. BLANK | on behalf of Creditor LSF10 MASTER PARTICIPATION TRUST paeb@fedphe.com |
| JEROME B. BLANK | on behalf of Creditor Ditech Financial LLC paeb@fedphe.com |
| KEVIN G. MCDONALD | on behalf of Creditor Ditech Financial LLC bkgroup@kmllawgroup.com |
| KEVIN G. MCDONALD | on behalf of Creditor DITECH FINANCIAL LLC bkgroup@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 2 of 2 |
| Date Rcvd: Oct 27, 2020 | Form ID: trc | Total Noticed: 0 |

| | |
|---|---|
| MARIO J. HANYON | on behalf of Creditor THE BANK OF NEW YORK MELLON  et. al. paeb@fedphe.com |
| MARIO J. HANYON | on behalf of Creditor LSF10 MASTER PARTICIPATION TRUST paeb@fedphe.com |
| REBECCA ANN SOLARZ | on behalf of Creditor LSF10 MASTER PARTICIPATION TRUST bkgroup@kmllawgroup.com |
| THOMAS YOUNG.HAE SONG | on behalf of Creditor THE BANK OF NEW YORK MELLON  et. al. paeb@fedphe.com |
| THOMAS YOUNG.HAE SONG | on behalf of Creditor DITECH FINANCIAL LLC paeb@fedphe.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |
| ZACHARY PERLICK | on behalf of Joint Debtor Ki Ki Lie Perlick@verizon.net  pireland1@verizon.net |
| ZACHARY PERLICK | on behalf of Plaintiff Ki Ki Lie Perlick@verizon.net  pireland1@verizon.net |
| ZACHARY PERLICK | on behalf of Plaintiff Ming Lie Perlick@verizon.net  pireland1@verizon.net |
| ZACHARY PERLICK | on behalf of Debtor Ming Lie Perlick@verizon.net  pireland1@verizon.net |

TOTAL: 18

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 18-11814-mdc
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Ming Lie<br>2314 S. 21st Street<br>Philadelphia PA 19145 | Ki Ki Lie<br>2314 S. 21st Street<br>Philadelphia PA 19145 |

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/26/2020.

Name and Address of Alleged Transferor(s):

Claim No. 11: LSF10 MASTER PARTICIPATION TRUST

Name and Address of Transferee:

U.S. Bank Trust National Association, as
Trustee of the Igloo Series IV Trust
SN Servicing Corporation
323 5th Street
Eureka CA 95501

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/29/20

Tim McGrath
**CLERK OF THE COURT**