IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:   MING & KIKI LIE   :   CHAPTER 13
         :
         :
         DEBTORS   :   Bankruptcy No. 18-11814

ORDER

AND NOW, this 3rd day of November, 2020, upon consideration of the Debtor's Motion to Amend Plan Post-Confirmation, it is hereby ORDERED that said motion is GRANTED, and Debtor's amended plan is hereby approved.

BY THE COURT:

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

Service List:

Zachary Perlick, Esquire
1420 Walnut Street, Suite 718
Philadelphia, PA 19102

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA 19105

MING & KIKI LIE
2314 S. 21ST Street
Philadelphia, PA 19145