**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

|  |  |  |
|---|---|---|
| | ) | |
| **IN RE:** | ) | **CASE NO.  18-11814-MDC** |
| **MING LIE AND KI KI LIE** | ) | **CHAPTER 13** |
| **DEBTORS** | ) | |
| | ) | |

**NOTICE OF APPEARANCE PURSUANT TO BANKRUPTCY RULE 9010 (b) AND
REQUEST FOR NOTICES UNDER BANKRUPTCY RULE 2002 REGARDING
PROPERTY DESCRIBED AS  1154 MERCY ST, PHILADELPHIA, PA 19148 AND
THAT CERTAIN LOAN MORE SPECIFICALLY IDENTIFIED AS LOAN NUMBER
*******2349**

NOW COMES The Bank of New York Mellon (fka The Bank of New York) as Trustee

for the holders of American Home Mortgage Investment Trust 2004-4, by and through its

attorney Brock and Scott, PLLC, pursuant to Bankruptcy Rule 9010 and makes its appearance as

a secured creditor in this cause and, pursuant to Bankruptcy Rule 2002, requests that it be noticed

on all pleadings, documents and hearings; that it receive copies of all documents; and be added

to the matrix to be served at the addresses below:

Andrew Spivack
Brock and Scott, PLLC
Attorneys at Law
610 Old York Road, Suite 400
Jenkintown, PA 19046
PABKR@brockandscott.com

PHH Mortgage Corporation
1661 Worthington Road, Suite 100
West Palm Beach, Florida 33409

Please take notice that the undersigned hereby appears as counsel for The Bank of New

York Mellon (fka The Bank of New York) as Trustee for the holders of American Home

20-07483 BKPOC01




Mortgage Investment Trust 2004-4 pursuant to Bankruptcy Rule 9010(b). The undersigned's filing

of this notice is limited to the instant case noted above and should not be construed as unlimited

representation of the Creditor with respect to any and all matters, proceedings, or actions that may

be taken in the instant case or any associated case or proceeding involving the above-named

Creditor.

RESPECTFULLY SUBMITTED,

/s/ Andrew Spivack

Andrew Spivack
Attorney at Law (84439)
Brock & Scott, PLLC
610 Old York Road, Suite 400
Jenkintown, PA 19046
844-856-6646 x3017
704-369-0760
PABKR@brockandscott.com

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and exact copy of the foregoing Notice of Appearance has been electronically served or mailed, postage prepaid on <u>November 4, 2020</u> to the following:

MING LIE
2314 S 21ST ST
PHILADELPHIA, PA 19145

KI KI LIE
2314 S 21ST ST
PHILADELPHIA, PA 19145

ZACHARY PERLICK, Debtor's Attorney
1420 WALNUT ST STE 718
PHILADELPHIA, PA 19102

William C. Miller, Bankruptcy Trustee
Chapter 13 Trustee
PO Box 1229
Philadelphia, PA 19105

United States Trustee, US Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

/s/ *Andrew Spivack*

Andrew Spivack
Attorney at Law (84439)
Brock & Scott, PLLC
610 Old York Road, Suite 400
Jenkintown, PA 19046
844-856-6646 x3017
704-369-0760
PABKR@brockandscott.com

20-07483 BKPOC01