IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | MING LIE | : | CHAPTER 13 |
|---|---|---|---|
| | KIKI LIE | : | |
| | | : | |
| | DEBTORS | : | BANKRUPTCY No. 18-11814 MDC |

### SUPPLEMENTAL ORDER TO ALLOW COUNSEL FEES

Upon consideration of the foregoing application, and upon notice, opportunity for hearing, and certification of no objection, counsel fees are allowed in the following amounts:

| | |
|---|---|
| Total fee and costs award: | $500.00 |
| Net amount to be paid by the Trustee | $500.00 |

BY THE COURT:

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

Dated: December 1, 2020

cc:   William C. Miller, Trustee
      PO Box 1229
      Philadelphia, PA  19105

      Zachary Perlick, Esquire
      1420 Walnut Street, Suite 718
      Philadelphia, PA  19102
      (215) 569-2922

      Debtor