United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 18-11814-mdc
Ming Lie  Chapter 13
Ki Ki Lie

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Adminstra     Page 1 of 2
Date Rcvd: Dec 01, 2020     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Ming Lie, Ki Ki Lie, 2314 S. 21st Street, Philadelphia, PA 19145-3418 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2020     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 1, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor THE BANK OF NEW YORK MELLON et. al. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| JAMES A. PROSTKO | on behalf of Creditor THE BANK OF NEW YORK MELLON et. al. paeb@fedphe.com |
| JEREMY JOHN KOBESKI | on behalf of Creditor LSF10 Master Participation Trust jkobeski@grenenbirsic.com |
| JEROME B. BLANK | on behalf of Creditor THE BANK OF NEW YORK MELLON et. al. paeb@fedphe.com |
| JEROME B. BLANK | on behalf of Creditor LSF10 MASTER PARTICIPATION TRUST paeb@fedphe.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 2 of 2 |
| Date Rcvd: Dec 01, 2020 | Form ID: pdf900 | Total Noticed: 1 |

JEROME B. BLANK
    on behalf of Creditor Ditech Financial LLC paeb@fedphe.com

KEVIN G. MCDONALD
    on behalf of Creditor Ditech Financial LLC bkgroup@kmllawgroup.com

KEVIN G. MCDONALD
    on behalf of Creditor DITECH FINANCIAL LLC bkgroup@kmllawgroup.com

MARIO J. HANYON
    on behalf of Creditor LSF10 MASTER PARTICIPATION TRUST mario.hanyon@brockandscott.com wbecf@brockandscott.com

MARIO J. HANYON
    on behalf of Creditor THE BANK OF NEW YORK MELLON  et. al. mario.hanyon@brockandscott.com, wbecf@brockandscott.com

REBECCA ANN SOLARZ
    on behalf of Creditor LSF10 MASTER PARTICIPATION TRUST bkgroup@kmllawgroup.com

THOMAS YOUNG.HAE SONG
    on behalf of Creditor THE BANK OF NEW YORK MELLON  et. al. paeb@fedphe.com

THOMAS YOUNG.HAE SONG
    on behalf of Creditor DITECH FINANCIAL LLC paeb@fedphe.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com philaecf@gmail.com

ZACHARY PERLICK
    on behalf of Debtor Ming Lie Perlick@verizon.net pireland1@verizon.net

ZACHARY PERLICK
    on behalf of Joint Debtor Ki Ki Lie Perlick@verizon.net pireland1@verizon.net

ZACHARY PERLICK
    on behalf of Plaintiff Ki Ki Lie Perlick@verizon.net pireland1@verizon.net

ZACHARY PERLICK
    on behalf of Plaintiff Ming Lie Perlick@verizon.net pireland1@verizon.net

TOTAL: 19

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | MING LIE | : | CHAPTER 13 |
| | KIKI LIE | : | |
| | | : | |
| | DEBTORS | : | BANKRUPTCY No. 18-11814 MDC |

### SUPPLEMENTAL ORDER TO ALLOW COUNSEL FEES

Upon consideration of the foregoing application, and upon notice, opportunity for hearing, and certification of no objection, counsel fees are allowed in the following amounts:

Total fee and costs award:           $500.00
Net amount to be paid by the Trustee    $500.00


BY THE COURT:

_Magdeline D. Coleman_
_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

Dated: December 1, 2020

cc:   William C. Miller, Trustee
      PO Box 1229
      Philadelphia, PA  19105

      Zachary Perlick, Esquire
      1420 Walnut Street, Suite 718
      Philadelphia, PA  19102
      (215) 569-2922

      Debtor