UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | Ming Lie<br>Ki Ki Lie<br>    Debtors | Case No.: 18-11814-mdc<br><br>Chapter: 13 |
| | SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of the Bungalow Series IV Trust<br>    Movant<br>v.<br><br>Ming Lie<br>Ki Ki Lie<br>Kenneth E. West - Trustee<br>    Respondents | Judge:  Magdeline D. Coleman<br><br>Hearing Date:<br>December 7, 2021 at 10:30 am<br><br>Objection Deadline: November 23, 2021 |

## NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY

  SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of the Bungalow Series IV Trust has filed a Motion for Relief from Stay with the Court in order to gain Court authority to foreclose on real property known as 2314 S 21st St, Philadelphia, PA 19145-3418.

  **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

  1. If you do not want the Court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before November 23, 2021 (14 days after the date the notice was mailed) you or your attorney must do all of the following:

  (a)  file an answer explaining your position at

Clerk of Court
United States Bankruptcy Court
Robert N.C. Nix, Sr. Federal Courthouse
900 Market Street, Suite 400
Philadelphia, PA 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b) mail a copy to the movant's attorney:

Lorraine Gazzara Doyle
Friedman Vartolo, LLP
1325 Franklin Avenue, Suite 230
Garden City, NY 11530
T: (212) 471-5100
F: (212) 471-5150
Bankruptcy@FriedmanVartolo.com

    2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

    3. A hearing on the motion is scheduled to be held before the Honorable Magdeline D. Coleman on the 7th day of December, 2021, at 10:30 A.M., at Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Philadelphia, PA 19107.

    4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

    5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Dated: November 9, 2021

                                                                   By:  /s/ *Lorraine Gazzara Doyle*
                                                                      Lorraine Gazzara Doyle, Esq.
                                                                      FRIEDMAN VARTOLO LLP
                                                                      Attorneys for Movant
                                                                      1325 Franklin Avenue, Suite 230
                                                                      Garden City, New York 11530
                                                                      T: (212) 471-5100
                                                                      F: (212) 471-5150
                                                                      Bankruptcy@FriedmanVartolo.com

TO:

**Trustee**
Kenneth E. West
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

**Debtors' Counsel**
Zachary Perlick, Esquire
1420 Walnut Street
Suite 718
Philadelphia, PA 19102

**U.S. Trustee**
United States Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

**Debtors**
Ming Lie
2314 S. 21st Street
Philadelphia, PA 19145

Ki Ki Lie
2314 S. 21st Street
Philadelphia, PA 19145