**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

| | |
|---|---|
| IN RE:<br>MING LIE<br>KI KI LIE<br>    Debtors | Case No. 18-11814-mdc |
| The Bank of New York Mellon (fka The Bank of New York) as Trustee for the holders of American Home Mortgage Investment Trust 2004-4,<br>    Movant | Chapter 13 |
| vs.<br>MING LIE<br>KI KI LIE<br>    Respondents | 11 U.S.C. §362 |

### ORDER MODIFYING SECTION §362 AUTOMATIC STAY

Upon consideration of the Movant of    The Bank of New York Mellon (fka The Bank of New York) as Trustee for the holders of American Home Mortgage Investment Trust 2004-4 (Movant), and after Notice of Default and the filing of a Certification of Default, it is:

**ORDERED AND DECREED**: that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable non-bankruptcy law; and it is further:

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 1154 Mercy St, Philadelphia, PA 19148 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further:

**ORDERED** that Rule 4001(a)(3) is not applicable and    The Bank of New York Mellon (fka The Bank of New York) as Trustee for the holders of American Home Mortgage Investment Trust 2004-4 may immediately enforce and implement this Order granting Relief from the Automatic Stay; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors and assignees.

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

March 23, 2022

MING LIE
2314 S 21ST ST
PHILADELPHIA, PA 19145

KI KI LIE
2314 S 21ST ST
PHILADELPHIA, PA 19145

ZACHARY PERLICK, Debtor's Attorney
1420 WALNUT ST STE 718
PHILADELPHIA, PA 19102

KENNETH E WEST, Bankruptcy Trustee
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Office of the U.S. Trustee , US Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106