United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-11814-mdc |
| Ming Lie | Chapter 13 |
| Ki Ki Lie | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 24, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Ming Lie, Ki Ki Lie, 2314 S. 21st Street, Philadelphia, PA 19145-3418 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2022                    Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor THE BANK OF NEW YORK MELLON  et. al. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| JAMES A. PROSTKO | on behalf of Creditor THE BANK OF NEW YORK MELLON  et. al. paeb@fedphe.com |
| JEREMY J. KOBESKI | on behalf of Creditor LSF10 Master Participation Trust jkobeski@grenenbirsic.com |
| JEROME B. BLANK | on behalf of Creditor THE BANK OF NEW YORK MELLON  et. al. paeb@fedphe.com |
| JEROME B. BLANK | on behalf of Creditor LSF10 MASTER PARTICIPATION TRUST paeb@fedphe.com |

District/off: 0313-2                    User: admin                                      Page 2 of 2

Date Rcvd: Mar 24, 2022                 Form ID: pdf900                                   Total Noticed: 1

JEROME B. BLANK
                    on behalf of Creditor Ditech Financial LLC paeb@fedphe.com

KENNETH E. WEST
                    ecfemails@ph13trustee.com  philaecf@gmail.com

KEVIN G. MCDONALD
                    on behalf of Creditor Ditech Financial LLC bkgroup@kmllawgroup.com

KEVIN G. MCDONALD
                    on behalf of Creditor DITECH FINANCIAL LLC bkgroup@kmllawgroup.com

LAUREN MOYER
                    on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association  as Trustee of the Bungalow
Series IV Trust lmoyer@friedmanvartolo.com

LORRAINE GAZZARA DOYLE
                    on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association  as Trustee of the Bungalow
Series IV Trust ldoyle@milsteadlaw.com, bankruptcy@friedmanvartolo.com

MARIO J. HANYON
                    on behalf of Creditor LSF10 MASTER PARTICIPATION TRUST wbecf@brockandscott.com
mario.hanyon@brockandscott.com

MARIO J. HANYON
                    on behalf of Creditor THE BANK OF NEW YORK MELLON  et. al. wbecf@brockandscott.com,
mario.hanyon@brockandscott.com

REBECCA ANN SOLARZ
                    on behalf of Creditor LSF10 MASTER PARTICIPATION TRUST bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com

THOMAS SONG
                    on behalf of Creditor THE BANK OF NEW YORK MELLON  et. al. tomysong0@gmail.com

THOMAS SONG
                    on behalf of Creditor DITECH FINANCIAL LLC tomysong0@gmail.com

United States Trustee
                    USTPRegion03.PH.ECF@usdoj.gov

ZACHARY PERLICK
                    on behalf of Debtor Ming Lie Perlick@verizon.net  pireland1@verizon.net

ZACHARY PERLICK
                    on behalf of Joint Debtor Ki Ki Lie Perlick@verizon.net  pireland1@verizon.net

ZACHARY PERLICK
                    on behalf of Plaintiff Ki Ki Lie Perlick@verizon.net  pireland1@verizon.net

ZACHARY PERLICK
                    on behalf of Plaintiff Ming Lie Perlick@verizon.net  pireland1@verizon.net


TOTAL: 21

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

| | |
|---|---|
| IN RE:<br>MING LIE<br>KI KI LIE<br>    Debtors | Case No. 18-11814-mdc |
| The Bank of New York Mellon (fka The Bank of New York) as Trustee for the holders of American Home Mortgage Investment Trust 2004-4,<br>    Movant<br><br>vs.<br>MING LIE<br>KI KI LIE<br>    Respondents | Chapter 13<br><br><br><br><br>11 U.S.C. §362 |

**ORDER MODIFYING SECTION §362 AUTOMATIC STAY**

Upon consideration of the Movant of        The Bank of New York Mellon (fka The Bank of New York) as Trustee for the holders of American Home Mortgage Investment Trust 2004-4 (Movant), and after Notice of Default and the filing of a Certification of Default, it is:

**ORDERED AND DECREED**: that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable non-bankruptcy law; and it is further:

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 1154 Mercy St, Philadelphia, PA 19148 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further:

**ORDERED** that Rule 4001(a)(3) is not applicable and        The Bank of New York Mellon (fka The Bank of New York) as Trustee for the holders of American Home Mortgage Investment Trust 2004-4 may immediately enforce and implement this Order granting Relief from the Automatic Stay; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors and assignees.

March 23, 2022

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

MING LIE
2314 S 21ST ST
PHILADELPHIA, PA 19145

KI KI LIE
2314 S 21ST ST
PHILADELPHIA, PA 19145

ZACHARY PERLICK, Debtor's Attorney
1420 WALNUT ST STE 718
PHILADELPHIA, PA 19102

KENNETH E WEST, Bankruptcy Trustee
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Office of the U.S. Trustee , US Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106