UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | Ming Lie<br>Ki Ki Lie<br>      Debtors | Case No.: 18-11814-mdc<br><br>Chapter: 13 |
| | SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of the Bungalow Series IV Trust<br>      Movant<br>v.<br><br>Ming Lie<br>Ki Ki Lie<br>Kenneth E. West - Trustee<br>      Respondents | Judge:  Magdeline D. Coleman |

**CONSENT ORDER RESOLVING MOTION TO VACATE STAY**

The consent order set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

| | |
|---|---|
| Applicant: | SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of the Bungalow Series IV Trust |
| Applicant's Counsel: | Friedman Vartolo LLP |
| Debtor's Counsel: | Zachary Perlick, Esquire |
| Property (Collateral): | 2314 S 21st St, Philadelphia, PA 19145-3418 |
| Relief Sought: | |

- Relief from Automatic Stay

For good cause shown, it is **ORDERED** that Applicant's Motion is resolved, subject to the following conditions:

1. Status of Arrearages:

- The Debtor is due for **3** months, **February 1, 2022, through April 1, 2022**
- The Debtor is due for **3** payment at **$1,732.63**.
- The Debtor is due for Attorney's fees and costs of **$1,238.00**.
- Accrued Late Charges of **$234.24**
- Suspense Balance is **$1,391.89**

    Total Arrearages Due: **$5,278.24**

2. Cure for Post-Petition Arrearages:

- Beginning on **May 1, 2022**, additional monthly cure payments shall be made in the amount of **$879.70** for **5** months.
- On **October 1, 2022**, an additional monthly cure payment of **$879.74** shall be made.
- Beginning on **May 1, 2022**, regular monthly payments shall resume in the amount of **$1,732.63**, or as further defined by the terms of the Note, Mortgage, or any payment change notices.

3. Payments to the Secured Creditor shall be made to the following address:

| | |
|---|---|
| Payments: | SN Servicing Corporation<br>P.O. Box 660820<br>Dallas, TX 75266 |

In the event of default:

If the Debtor fails to make the regular monthly payments within thirty (30) days of the date the payments are due or fails to file a modified plan to cure the post-petition arrears within fourteen (14) days, then the Secured Creditor may send Debtor and Debtor's attorney a notice of default, and the Debtor shall have ten (10) days from the date of the notice to cure said default. If the default is not cured timely cured, Movant may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's Attorney.

The undersigned hereby consent to the form and entry of the foregoing order.

/s/ Zachary Perlick                                              /s/ Lauren M. Moyer
Zachary Perlick, Esquire                                     Lauren M. Moyer, Esquire
*Attorney for Debtor*                                          *Attorney for Secured Creditor*


 /s/ Jack K. Miller for
_____
Kenneth E. West
*Trustee*

\* No objection to its terms, without prejudice to any of our rights and remedies