United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-11814-mdc |
| Ming Lie | Chapter 13 |
| Ki Ki Lie | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 08, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ming Lie, Ki Ki Lie, 2314 S. 21st Street, Philadelphia, PA 19145-3418 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2022          Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor THE BANK OF NEW YORK MELLON  et. al. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| JAMES A. PROSTKO | on behalf of Creditor THE BANK OF NEW YORK MELLON  et. al. paeb@fedphe.com |
| JEREMY J. KOBESKI | on behalf of Creditor LSF10 Master Participation Trust jkobeski@grenenbirsic.com |
| JEROME B. BLANK | on behalf of Creditor THE BANK OF NEW YORK MELLON  et. al. paeb@fedphe.com |
| JEROME B. BLANK | on behalf of Creditor LSF10 MASTER PARTICIPATION TRUST paeb@fedphe.com |
| JEROME B. BLANK | |

Case 18-11814-mdc   Doc 129   Filed 04/10/22   Entered 04/11/22 00:26:12   Desc
Imaged Certificate of Notice   Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 08, 2022 | Form ID: pdf900 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Creditor Ditech Financial LLC paeb@fedphe.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor Ditech Financial LLC bkgroup@kmllawgroup.com |
| KEVIN G. MCDONALD | on behalf of Creditor DITECH FINANCIAL LLC bkgroup@kmllawgroup.com |
| LAUREN MOYER | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Bungalow Series IV Trust lmoyer@friedmanvartolo.com |
| LORRAINE GAZZARA DOYLE | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Bungalow Series IV Trust ldoyle@milsteadlaw.com, bankruptcy@friedmanvartolo.com |
| MARIO J. HANYON | on behalf of Creditor LSF10 MASTER PARTICIPATION TRUST wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| MARIO J. HANYON | on behalf of Creditor THE BANK OF NEW YORK MELLON et. al. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| REBECCA ANN SOLARZ | on behalf of Creditor LSF10 MASTER PARTICIPATION TRUST bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| THOMAS SONG | on behalf of Creditor THE BANK OF NEW YORK MELLON et. al. tomysong0@gmail.com |
| THOMAS SONG | on behalf of Creditor DITECH FINANCIAL LLC tomysong0@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| ZACHARY PERLICK | on behalf of Debtor Ming Lie Perlick@verizon.net pireland1@verizon.net |
| ZACHARY PERLICK | on behalf of Joint Debtor Ki Ki Lie Perlick@verizon.net pireland1@verizon.net |
| ZACHARY PERLICK | on behalf of Plaintiff Ki Ki Lie Perlick@verizon.net pireland1@verizon.net |
| ZACHARY PERLICK | on behalf of Plaintiff Ming Lie Perlick@verizon.net pireland1@verizon.net |

TOTAL: 21

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | Ming Lie<br>Ki Ki Lie<br>            Debtors | Case No.: 18-11814-mdc<br><br>Chapter: 13 |
| | SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of the Bungalow Series IV Trust<br>            Movant<br>v.<br><br>Ming Lie<br>Ki Ki Lie<br>Kenneth E. West - Trustee<br>            Respondents | Judge:  Magdeline D. Coleman |

**CONSENT ORDER RESOLVING MOTION TO VACATE STAY**

The consent order set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

| | |
|---|---|
| Applicant: | SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of the Bungalow Series IV Trust |
| Applicant's Counsel: | Friedman Vartolo LLP |
| Debtor's Counsel: | Zachary Perlick, Esquire |
| Property (Collateral): | 2314 S 21st St, Philadelphia, PA 19145-3418 |

Relief Sought:
- Relief from Automatic Stay

For good cause shown, it is **ORDERED** that Applicant's Motion is resolved, subject to the following conditions:

1. Status of Arrearages:

- The Debtor is due for **3** months, **February 1, 2022, through April 1, 2022**
- The Debtor is due for **3** payment at **$1,732.63**.
- The Debtor is due for Attorney's fees and costs of **$1,238.00**.
- Accrued Late Charges of **$234.24**
- Suspense Balance is **$1,391.89**

    Total Arrearages Due: **$5,278.24**

2. Cure for Post-Petition Arrearages:

- Beginning on **May 1, 2022**, additional monthly cure payments shall be made in the amount of **$879.70** for **5** months.
- On **October 1, 2022**, an additional monthly cure payment of **$879.74** shall be made.
- Beginning on **May 1, 2022**, regular monthly payments shall resume in the amount of **$1,732.63**, or as further defined by the terms of the Note, Mortgage, or any payment change notices.

3. Payments to the Secured Creditor shall be made to the following address:

| | |
|---|---|
| Payments: | SN Servicing Corporation<br>P.O. Box 660820<br>Dallas, TX 75266 |

In the event of default:

If the Debtor fails to make the regular monthly payments within thirty (30) days of the date the payments are due or fails to file a modified plan to cure the post-petition arrears within fourteen (14) days, then the Secured Creditor may send Debtor and Debtor's attorney a notice of default, and the Debtor shall have ten (10) days from the date of the notice to cure said default. If the default is not cured timely cured, Movant may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's Attorney.

The undersigned hereby consent to the form and entry of the foregoing order.

/s/ Zachary Perlick
Zachary Perlick, Esquire
*Attorney for Debtor*

/s/ Lauren M. Moyer
Lauren M. Moyer, Esquire
*Attorney for Secured Creditor*

/s/ Jack K. Miller for
Kenneth E. West
*Trustee*
\* No objection to its terms, without prejudice to any of our rights and remedies

BY THE COURT:

*[signature]*
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

April 8, 2022