Certificate Number: 05781-PAE-DE-036543135

Bankruptcy Case Number: 18-11814



05781-PAE-DE-036543135

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 12, 2022, at 2:51 o'clock PM PDT, Ming Lie completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  May 12, 2022                     By:    /s/Allison M Geving

                                        Name:  Allison M Geving

                                        Title:   President