IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In Re: | MING & KIKI LIE | : | CHAPTER 13 |
| | | : | |
| | | : | |
| | DEBTOR | : | Bankruptcy No. 18-11814 |

<u>ORDER</u>

AND NOW, this **2nd** day of **June** 2022, upon consideration of the Debtor's Motion to Amend Plan Post-Confirmation, it is hereby ORDERED that said motion is GRANTED, and Debtor's amended plan is hereby approved.

BY THE COURT:

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE