United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-11814-mdc |
| Ming Lie | Chapter 13 |
| Ki Ki Lie | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 02, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ming Lie, Ki Ki Lie, 2314 S. 21st Street, Philadelphia, PA 19145-3418 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2022          Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor THE BANK OF NEW YORK MELLON  et. al. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| JAMES A. PROSTKO | on behalf of Creditor THE BANK OF NEW YORK MELLON  et. al. paeb@fedphe.com |
| JEREMY J. KOBESKI | on behalf of Creditor LSF10 Master Participation Trust jkobeski@grenenbirsic.com |
| JEROME B. BLANK | on behalf of Creditor THE BANK OF NEW YORK MELLON  et. al. paeb@fedphe.com |
| JEROME B. BLANK | on behalf of Creditor LSF10 MASTER PARTICIPATION TRUST paeb@fedphe.com |
| JEROME B. BLANK | |

Case 18-11814-mdc    Doc 138    Filed 06/04/22    Entered 06/05/22 00:28:11    Desc
Imaged Certificate of Notice    Page 2 of 3

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 02, 2022 | Form ID: pdf900 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Creditor Ditech Financial LLC paeb@fedphe.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor Ditech Financial LLC bkgroup@kmllawgroup.com |
| KEVIN G. MCDONALD | on behalf of Creditor DITECH FINANCIAL LLC bkgroup@kmllawgroup.com |
| LAUREN MOYER | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Bungalow Series IV Trust lmoyer@friedmanvartolo.com |
| LORRAINE GAZZARA DOYLE | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Bungalow Series IV Trust ldoyle@milsteadlaw.com, bankruptcy@friedmanvartolo.com |
| MARIO J. HANYON | on behalf of Creditor LSF10 MASTER PARTICIPATION TRUST wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| MARIO J. HANYON | on behalf of Creditor THE BANK OF NEW YORK MELLON et. al. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| REBECCA ANN SOLARZ | on behalf of Creditor LSF10 MASTER PARTICIPATION TRUST bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| THOMAS SONG | on behalf of Creditor THE BANK OF NEW YORK MELLON et. al. tomysong0@gmail.com |
| THOMAS SONG | on behalf of Creditor DITECH FINANCIAL LLC tomysong0@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| ZACHARY PERLICK | on behalf of Debtor Ming Lie Perlick@verizon.net pireland1@verizon.net |
| ZACHARY PERLICK | on behalf of Joint Debtor Ki Ki Lie Perlick@verizon.net pireland1@verizon.net |
| ZACHARY PERLICK | on behalf of Plaintiff Ki Ki Lie Perlick@verizon.net pireland1@verizon.net |
| ZACHARY PERLICK | on behalf of Plaintiff Ming Lie Perlick@verizon.net pireland1@verizon.net |

TOTAL: 21

```
               IN THE UNITED STATES BANKRUPTCY COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA


In Re:    MING & KIKI LIE       :    CHAPTER 13
                                :
                                :
          DEBTOR                :    Bankruptcy No. 18-11814

                              ORDER
```

AND NOW, this   **2nd**   day of   **June**   2022, upon consideration of the Debtor's Motion to Amend Plan Post-Confirmation, it is hereby ORDERED that said motion is GRANTED, and Debtor's amended plan is hereby approved.

```
                         BY THE COURT:


                         _____
                         MAGDELINE D. COLEMAN
                         CHIEF U.S. BANKRUPTCY JUDGE
```