**Fill in this information to identify the case:**

Debtor 1: DANIEL O SHANE

Debtor 2 (Spouse, if filing): 

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number: 22-11604

OCT 6 2022

TIMOTHY McGRATH, CLERK

Official Form 410S1

# Notice of Mortgage Payment Change    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

Name of creditor: PSECU

Court claim no. (if known): N/A

Last 4 digits of any number you use to identify the debtor's account: 4 6 0 4

Date of payment change:
Must be at least 21 days after date of this notice: 12/01/2022

New total payment:
Principal, interest, and escrow, if any: $ 1,934.68

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?
   ☐ No
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 867.46    New escrow payment: $ 681.24

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?
   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%    New interest rate: _____%

   Current principal and interest payment: $ _____    New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?
   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

   Reason for change: _____

   Current mortgage payment: $ _____    New mortgage payment: $ _____

Official Form 410S1    Notice of Mortgage Payment Change    page 1

Tax and Insurance Account Disclosure Statement                                                                                    September 30, 2022

PA State Employees Credit Union
P.O. Box 67013
Harrisburg PA 17106-7013
(800)237-7328 x:3848

Loan Number    45302
Due Date       12/01/21

Property Address:
107 PETERS COURT
COATESVILLE PA 19320

DANIEL O SHANE
107 PETERS CT
COATESVILLE PA 19320-2719

Account History for 12/21 Through 11/22

| Month | Projected T&I Pmt | Actual T&I Pmt | Projected T&I Disb | Actual T&I Disb | Disb Desc | Projected T&I Balance | Actual T&I Balance |
|---|---|---|---|---|---|---|---|
| Starting T&I Balance...... | | | | | | 1,723.69 | -1,791.11 |
| December | 574.56 | 0.00 * | 0.00 | 0.00 | | 2,298.25 | -1,791.11 |
| January | 574.56 | 0.00 * | 0.00 | 0.00 | | 2,872.81 | -1,791.11 |
|  | 0.00 | 0.00 | 0.00 | 413.27 * | TAXES | 2,872.81 | -2,204.38 |
| February | 574.56 | 0.00 * | 413.27 | 0.00 * | TAXES | 3,034.10 | -2,204.38 |
|  | 0.00 | 0.00 | 0.00 | 413.27 * | Taxes | 3,034.10 | -2,617.65 |
|  | 0.00 | 0.00 | 0.00 | -413.27 * | Taxes | 3,034.10 | -2,204.38 |
|  | 0.00 | 0.00 | 0.00 | 345.07 * | Taxes | 3,034.10 | -2,549.45 |
| March | 574.56 | 0.00 * | 345.07 | 0.00 * | Taxes | 3,263.59 | -2,549.45 |
| April | 574.56 | 0.00 * | 0.00 | 0.00 | | 3,838.15 | -2,549.45 |
| May | 574.56 | 0.00 * | 0.00 | 0.00 | | 4,412.71 | -2,549.45 |
| June | 574.56 | 0.00 * | 0.00 | 0.00 | | 4,987.27 | -2,549.45 |
| July | 574.56 | 0.00 * | 0.00 | 0.00 | | 5,561.83 | -2,549.45 |
| August | 574.56 | 0.00 * | 3,348.39 | 3,421.33 * | Taxes | 2,788.00 | -5,970.78 ** |
| September | 574.56 | 0.00 * | 0.00 | 0.00 | | 3,362.56 | -5,970.78 ** |
|  | 0.00 | 8,674.60 * E | 0.00 | 3,284.00 * | INSURANCE | 3,362.56 | -580.18 |
| October | 574.56 | 867.46 * E | 2,788.00 | 0.00 * | INSURANCE | 1,149.12 | 287.28 |
| November | 574.56 | 867.46 * E | 0.00 | 0.00 | | 1,723.68 | 1,154.74 |
| Totals...... | 6,894.72 | 10,409.52 | 6,894.73 | 7,463.67 | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount.  An "E" indicates estimates for future payments or disbursements.

The mortgage payment, as of the last T&I Account Disclosure Statement, was 2,120.90.  The breakdown was as follows: 1,253.44 Principal and Interest, 867.46 T&I, 0.00 Miscellaneous Insurance, 0.00 Subsidy.

Last year, we anticipated that disbursements from the T&I account would be made during this period equalling 6,894.73.  Under RESPA, the low monthly T&I balance should not have exceeded 1,149.12, or 1/6 of anticipated disbursements.  Under the mortgage contract, the low monthly T&I balance should not have exceeded 1,149.12.  Under the servicers selected low point, the low monthly T&I balance should not have exceeded 1,149.12.  The low balance was -5,970.78**.

Review the difference in the activity that we projected to occur against the actual history.  Possibilities for not reaching the low balance may include:
   1. A tax bill, insurance bill, or other T&I item was paid at a lower amount than projected, or was paid later than projected.
   2. A surplus from a prior year was not eliminated.
   3. Unscheduled deposits were made to the T&I account.
   4. Unscheduled disbursements were made from the T&I account.

For further explanation, please call Real Estate Servicing Dept..

Tax and Insurance Account Disclosure Statement                                      September 30, 2022

Loan Number    45302
Due Date    12/01/21

## Account Projection Summary for 12/22 Through 11/23

| | | | | |
|---|---|---|---|---|
| Projected T&I Payment: | 621.97 ( 12 payments ) | | | |
| Current Balance Projected Low Point: | | 532.74 | New Payment Information: | |
| Less the lowest of the following: | | | Current P&I Payment: | 1,253.44 |
|   RESPA Allowed Low Point: | 1,243.94 | | T&I Payment: | 621.97 |
|   Mtg Document Allowed Low Point: | 1,243.94 | | 1/12 of Shortage: | 59.27 |
|   Low Point Selected By Servicer: | 1,243.94 | 1,243.94 | | |
| Net Balance: | | 711.20 | | |
| Resulting Shortage: | | 711.20 | | |
| T&I Balance: | | 1,154.74 | | |
| Plus Shortage: | | 711.20 | | |
| | | | New Payment Effective:   12/01/22 | 1,934.68 |
| Required Beginning Balance Projection to Ensure Low Point (incl reserves) of: | 1,243.94 ** | 1,865.94 | | |

There is a shortage of 711.20.  This shortage may be collected over a period of 12 months or more unless the shortage is less than one month's deposit, in which case we have the additional option of requesting payment within 30 days.  WE HAVE DECIDED TO COLLECT IT OVER 12 MONTHS.

An "F" indicates a reserve amount held in the account for a future year disbursement.

Reserves held for items yet to be paid are needed in the escrow account to pay for tax and/or insurance items that were due to be paid prior to the T&I computation period, as indicated.

For further explanation, please call Real Estate Servicing Dept..

Keep this statement for comparison with the actual activity in the account at the end of the next escrow accounting computation year.



IN RE:

Daniel O Shane
Debtor(s)

US Bankruptcy Court
Eastern District of Pennsylvania
Movant

vs.

PA STATE EMPLOYEES CU
  Respondent(s)

## CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of Notice of Mortgage Payment Change upon the following by regular United States mail, postage prepaid, addressed as follows:

US Bankruptcy Court, Attn: Clerk, 900 Market Street, Suite 400, Philadelphia PA 19107
Kenneth E. West, 1234 Market Street, Suite 1813, Philadelphia PA, 19107
Daniel O Shane, 107 Peters Court, Coatesville PA 19320
Brad J. Sadek, 1315 Walnut Street, Suite 502 Philadelphia PA 19107

Date: 10/04/2022

Sh'dyna Reed
PSECU Account Advisor

PO BOX 67013
Harrisburg PA 17106
800-237-7328 ext. 3115

©PSECU 55031CL 0420