United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-11814-mdc |
| Ming Lie | Chapter 13 |
| Ki Ki Lie | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 6 |
| Date Rcvd: Dec 15, 2022 | Form ID: 138OBJ | Total Noticed: 71 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ming Lie, Ki Ki Lie, 2314 S. 21st Street, Philadelphia, PA 19145-3418 |
| 14075242 | + | Asian Bank, 1008 Arch Street, Philadelphia, PA 19107-3002 |
| 14075243 | | Atlantic Credit & Fiance, Inc., c/o John P. Frye, PC, PO Box 13665, Roanoke, VA 24036-3665 |
| 14075244 | | Bank of America, PO Box 85350, Louisville, KY 40285-5350 |
| 14075247 | + | BankOne/Chase, c/o Creditors Interchange, 80 Holtz Drive, Buffalo, NY 14225-1425 |
| 14075254 | + | Citizens CC, 1000 Lafayette Blvd., Bridgeport, CT 06604-4725 |
| 14075257 | + | David Apothaker, Esquire, 520 Fellowship Rd., C306, Mount Laurel, NJ 08054-3410 |
| 14110317 | | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 14083129 | | Ditech Financial, LLC, PO Box 6172, Bovey, MN 55709 |
| 14646608 | + | FRIEDMAN VARTOLO, LLP, Attorneys for SN Servicing Corporation, as servicer for U.S. Bank Trust N.A., 1325 Franklin Avenue, Suite 230, Garden City, New York 11530-1631 |
| 14075263 | + | First Data Merchant Service, 4000 Coral Ridge Drive, Coral Springs, FL 33065-7614 |
| 14075267 | + | HUB Properties Trust, c/o CBRE, 1500 Market Street, Lower Mezzanine, Philadelphia, PA 19102-2109 |
| 14075268 | | J.E. Caldwell, TD Bank, NA, PO Box 609, Memphis, TN 38101-0609 |
| 14255790 | + | LSF10 MASTER PARTICIPATION TRUST, c/o Rebecca A Solarz, Esquire, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14247262 | | LSF10 Master Participation Trust, c/o Jeremy J. Kobeski, Esq., Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza Philadelphia, PA 19103 |
| 14075271 | | Nationwide Credit, Inc., PO Box 26314, Lehigh Valley, PA 18002-6314 |
| 14075274 | + | Police & Fire Credit Union, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14075278 | + | Slomin's Inc, 125 Lauman Lane, Hicksville, NY 11801-6539 |
| 14083149 | | Synchrony Bank/Marshalls, PO Box 965004, Orlando, FL 32896-5004 |
| 14558136 | | THE BANK OF NEW YORK MELLON, et. al., c/o Andrew Spivack, Brock and Scott, PLLC, Attorneys at Law, 610 Old York Road, Suite 400 Jenkintown, PA 19046 |
| 14558239 | | The Bank of New York Mellon,et al., c/o Andrew Spivack,Esquire, Brock and Scott, PLLC, Attorneys at Law, 610 Old York Road, Suite 400 Jenkintown, PA 19046 |
| 14075279 | + | The Hartford, PO Box 2917, Hartford, CT 06104-2917 |
| 14075281 | + | Thomas R. Fawkes, Esquire, 208 S. LaSalle Street, Suite 1750, Chicago, IL 60604-1170 |
| 14075284 | ++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229 address filed with court:, US Bank RMS CC, 205 W. 4th Street, Cincinnati, OH 45202 |
| 14075260 | | eCast Settlement Corporatation, assignee of Chase Bank, PO Box 29262, Newark, NY 10087-9262 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Dec 16 2022 00:27:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 16 2022 00:27:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA |

| District/off: 0313-2 | User: admin | | Page 2 of 6 |
|---|---|---|---|
| Date Rcvd: Dec 15, 2022 | Form ID: 138OBJ | | Total Noticed: 71 |

| Recip ID | Notice Type | Date/Time | Recipient |
|---|---|---|---|
| | | | 17128-0946 |
| 14075239 | Email/PDF: bncnotices@becket-lee.com | Dec 16 2022 00:28:24 | American Express, c/o Beccket & Lee, LLP, POB 3001, Malvern, PA 19355-0701 |
| 14075238 | Email/PDF: bncnotices@becket-lee.com | Dec 16 2022 00:28:18 | American Express, P.O. Box 1270, Newark, NJ 07101-1270 |
| 14097355 | Email/PDF: bncnotices@becket-lee.com | Dec 16 2022 00:28:24 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14075241 | Email/PDF: ebn_ais@aisinfo.com | Dec 16 2022 00:28:23 | American Infosource, as agent for, First Date Global Leasing, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14075246 | + Email/Text: BKEBN-Notifications@ocwen.com | Dec 16 2022 00:27:00 | Bank of New York, as Trustee, c/o Ocwen Loan Servicing, LLC, Attn. Banruptcy Dept., 1661 Worthington Rd., Suite 100, West Palm Beach, FL 33409-6493 |
| 14083119 | Email/Text: BarclaysBankDelaware@tsico.com | Dec 16 2022 00:27:00 | Barclay Card, PO Box 13337, Philadelphia, PA 19101-3337 |
| 14075248 | + Email/Text: BKMailBayview@bayviewloanservicing.com | Dec 16 2022 00:27:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL 33146-1839 |
| 14075253 | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 16 2022 00:27:00 | Citizens Bank, 1 Citizens Drive, Riverside, RI 02915-3019 |
| 14190112 | Email/Text: megan.harper@phila.gov | Dec 16 2022 00:27:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14075255 | + Email/PDF: resurgentbknotifications@resurgent.com | Dec 16 2022 00:28:17 | CR Evergreen, LLC, MS 550, PO Box 91121, Seattle, WA 98111-9221 |
| 14075251 | + Email/Text: hcouto@v-k-i.net | Dec 16 2022 00:27:00 | Chase Bank USA, c/o Valentine & Kebartas, Inc., PO Box 325, Lawrence, MA 01842-0625 |
| 14075252 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 16 2022 00:28:24 | Citi Mastercard, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 14083127 | Email/PDF: creditonebknotifications@resurgent.com | Dec 16 2022 00:28:17 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 14075258 | Email/Text: mrdiscen@discover.com | Dec 16 2022 00:27:00 | Discover, P.O. Box 15251, Wilmington, DE 19886-5251 |
| 14101754 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 16 2022 00:28:11 | Department Stores National Bank, Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57117 |
| 14083140 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 16 2022 00:28:24 | Macy's, PO Box 183083, Columbus, OH 43218-3083 |
| 14262686 | Email/Text: bnc-quantum@quantum3group.com | Dec 16 2022 00:27:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14087798 | Email/Text: mrdiscen@discover.com | Dec 16 2022 00:27:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14075259 | + Email/PDF: resurgentbknotifications@resurgent.com | Dec 16 2022 00:28:11 | East Bay Fuding, LLC, c/o Resugent Capital Services, PO Box 288, Greenville, SC 29602-0288 |
| 14112424 | + Email/PDF: resurgentbknotifications@resurgent.com | Dec 16 2022 00:28:18 | East Bay Funding, LLC its successors and assigns, as assignee of Roundup Funding L.L.C., Resurgent Capital Services, PO Box 288, Greenville, SC 29602-0288 |
| 14075262 | + Email/Text: mortgagebkcorrespondence@bofa.com | Dec 16 2022 00:27:00 | FIA Card Services, PO Box 15102, Wilmington, DE 19850-5102 |
| 14075265 | Email/Text: cashiering-administrationservices@flagstar.com | Dec 16 2022 00:27:00 | Flagstar Bank, FSB, 5151 Corporate Drive, Troy, MI 48098 |
| 14075264 | Email/Text: cashiering-administrationservices@flagstar.com | | |

Case 18-11814-mdc    Doc 146    Filed 12/17/22    Entered 12/18/22 00:32:26    Desc
Imaged Certificate of Notice    Page 3 of 7

| District/off: 0313-2 | User: admin | Page 3 of 6 |
|---|---|---|
| Date Rcvd: Dec 15, 2022 | Form ID: 138OBJ | Total Noticed: 71 |

| | | | |
|---|---|---|---|
| | | Dec 16 2022 00:27:00 | Flagstar Bank, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 14075266 | + Email/Text: BNCNOTICES@noexternalmail.hsbc.com | | |
| | | Dec 16 2022 00:27:00 | HSBC Bank, 200 SOmerset Corp. Blvd., Ste. 100, Bridgewater, NJ 08807-2877 |
| 14075269 | Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | Dec 16 2022 00:27:00 | Jefferson Capital Systems, PO Box 7999, Saint Cloud, MN 56302-9617 |
| 14075249 | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | Dec 16 2022 00:28:08 | Chase, Cardmember Service, PO Box 15153, Wilmington, DE 19886-5153 |
| 14210360 | + Email/Text: ECMBKMail@Caliberhomeloans.com | | |
| | | Dec 16 2022 00:28:00 | LSF10 Master Participation Trust c/o Caliber Home, 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 14111089 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Dec 16 2022 00:28:17 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14075270 | Email/Text: TFS_Agency_Bankruptcy@toyota.com | | |
| | | Dec 16 2022 00:27:00 | Lexus Financial Services, PO Box 5236, Carol Stream, IL 60197-5236 |
| 14075272 | + Email/Text: egssupportservices@alorica.com | | |
| | | Dec 16 2022 00:27:00 | NCO Financial Systems, Inc., 507 Prudential Road, Horsham, PA 19044-2308 |
| 14075275 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Dec 16 2022 00:28:10 | Portfolio Recovery Associates, PO Box 41067, Norfolk, VA 23541 |
| 14075729 | + Email/PDF: rmscedi@recoverycorp.com | | |
| | | Dec 16 2022 00:28:17 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14075273 | + Email/Text: bankruptcy@philapark.org | | |
| | | Dec 16 2022 00:27:00 | Philadelphia Parking Authority, 3101 Market Street, Philadelphia, PA 19104-2806 |
| 14111308 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Dec 16 2022 00:28:11 | Pinnacle Credit Services, LLC its successors and, assigns as assignee of CR Evergreen, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14104706 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Dec 16 2022 00:27:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14075277 | + Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Dec 16 2022 00:28:11 | Roundup Funding, LLC, MS 550, PO Box 91121, Seattle, WA 98111-9221 |
| 14083153 | Email/PDF: gecsedi@recoverycorp.com | | |
| | | Dec 16 2022 00:28:16 | TJX Rewards/SYNCB, PO Box 530949, Atlanta, GA 30353-0949 |
| 14075283 | Email/Text: TFS_Agency_Bankruptcy@toyota.com | | |
| | | Dec 16 2022 00:27:00 | Toyota Motor Credit, 5005 N. River Blvd., Cedar Rapids, IA 52411-6624 |
| 14103989 | Email/Text: BKEBN-Notifications@ocwen.com | | |
| | | Dec 16 2022 00:27:00 | The Bank of New York Mellon et. al., Ocwen Loan Servicing, LLC, Attn: Bankruptcy Department, P.O. BOX 24605, West Palm Beach FL 33416-4605 |
| 14075280 | Email/PDF: gecsedi@recoverycorp.com | | |
| | | Dec 16 2022 00:28:22 | The Home Depot, P.O. Box 103047, Roswell, GA 30076 |
| 14100737 | Email/PDF: bncnotices@becket-lee.com | | |
| | | Dec 16 2022 00:28:18 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14597836 | ^ MEBN | | |
| | | Dec 16 2022 00:22:00 | U.S. Bank Trust National Association, as, Trustee of the Bungalow Series IV Trust, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |
| 14554903 | ^ MEBN | | |
| | | Dec 16 2022 00:22:00 | U.S. Bank Trust National Association, as, Trustee of the Igloo Series IV Trust, SN Servicing Corporation, 323 5th Street, Eureka CA 95501-0305 |
| 14075285 | + Email/Text: bkfilings@zwickerpc.com | | |
| | | Dec 16 2022 00:28:00 | Zwicker & Associates, PC, 80 Minuteman Rd, |

| District/off: 0313-2 | User: admin | Page 4 of 6 |
|---|---|---|
| Date Rcvd: Dec 15, 2022 | Form ID: 138OBJ | Total Noticed: 71 |

Andover, MA 01810-1008

TOTAL: 46

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14258559 | | LSF10 MASTER PARTICIPATION TRUST |
| 14075276 | | residential lease |
| 14083146 | | residential lease |
| 14083110 | * | American Express, c/o Beccket & Lee, LLP, POB 3001, Malvern, PA 19355-0701 |
| 14075240 | * | American Express, P.O. Box 1270, Newark, NJ 07101-1270 |
| 14083109 | * | American Express, P.O. Box 1270, Newark, NJ 07101-1270 |
| 14083111 | * | American Express, P.O. Box 1270, Newark, NJ 07101-1270 |
| 14083112 | * | American Infosource, as agent for, First Date Global Leasing, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14083113 | *+ | Asian Bank, 1008 Arch Street, Philadelphia, PA 19107-3002 |
| 14083114 | * | Atlantic Credit & Fiance, Inc., c/o John P. Frye, PC, PO Box 13665, Roanoke, VA 24036-3665 |
| 14075245 | * | Bank of America, PO Box 85350, Louisville, KY 40285-5350 |
| 14083115 | * | Bank of America, PO Box 85350, Louisville, KY 40285-5350 |
| 14083116 | * | Bank of America, PO Box 85350, Louisville, KY 40285-5350 |
| 14083117 | *+ | Bank of New York, as Trustee, c/o Ocwen Loan Servicing, LLC, Attn. Banruptcy Dept., 1661 Worthington Rd., Suite 100, West Palm Beach, FL 33409-6493 |
| 14083118 | *+ | BankOne/Chase, c/o Creditors Interchange, 80 Holtz Drive, Buffalo, NY 14225-1425 |
| 14083123 | *P++ | CITIZENS BANK N A, ATTN BANKRUPTCY TEAM, ONE CITIZENS BANK WAY, JCA115, JOHNSTON RI 02919-1922, address filed with court:, Citizens Bank, 1 Citizens Drive, Riverside, RI 02915-3019 |
| 14075256 | *+ | CR Evergreen, LLC, MS 550, PO Box 91121, Seattle, WA 98111-9221 |
| 14083125 | *+ | CR Evergreen, LLC, MS 550, PO Box 91121, Seattle, WA 98111-9221 |
| 14083126 | *+ | CR Evergreen, LLC, MS 550, PO Box 91121, Seattle, WA 98111-9221 |
| 14083121 | *+ | Chase Bank USA, c/o Valentine & Kebartas, Inc., PO Box 325, Lawrence, MA 01842-0625 |
| 14083122 | *+ | Citi Mastercard, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 14083124 | *+ | Citizens CC, 1000 Lafayette Blvd., Bridgeport, CT 06604-4725 |
| 14083128 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover, P.O. Box 15251, Wilmington, DE 19886-5251 |
| 14083130 | *+ | East Bay Fuding, LLC, c/o Resugent Capital Services, PO Box 288, Greenville, SC 29602-0288 |
| 14083133 | *+ | FIA Card Services, PO Box 15102, Wilmington, DE 19850-5102 |
| 14083132 | *+ | Federal Home Loan Mortgage Corp., 5000 Plano Parkway, Carrolltown, TX 75010-4900 |
| 14083134 | *+ | First Data Merchant Service, 4000 Coral Ridge Drive, Coral Springs, FL 33065-7614 |
| 14083135 | *+ | HSBC Bank, 200 SOmerset Corp. Blvd., Ste. 100, Bridgewater, NJ 08807-2877 |
| 14083136 | *+ | HUB Properties Trust, c/o CBRE, 1500 Market Street, Lower Mezzanine, Philadelphia, PA 19102-2109 |
| 14083137 | * | J.E. Caldwell, TD Bank, NA, PO Box 609, Memphis, TN 38101-0609 |
| 14083138 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems, PO Box 7999, Saint Cloud, MN 56302-9617 |
| 14075250 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase, Cardmember Service, PO Box 15153, Wilmington, DE 19886-5153 |
| 14083120 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase, Cardmember Service, PO Box 15153, Wilmington, DE 19886-5153 |
| 14255791 | *+ | LSF10 MASTER PARTICIPATION TRUST, c/o Rebecca A Solarz, Esquire, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14083139 | * | Lexus Financial Services, PO Box 5236, Carol Stream, IL 60197-5236 |
| 14083142 | *+ | NCO Financial Systems, Inc., 507 Prudential Road, Horsham, PA 19044-2308 |
| 14083141 | * | Nationwide Credit, Inc., PO Box 26314, Lehigh Valley, PA 18002-6314 |
| 14083145 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, PO Box 41067, Norfolk, VA 23541 |
| 14108435 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14083143 | *+ | Philadelphia Parking Authority, 3101 Market Street, Philadelphia, PA 19104-2806 |
| 14083144 | *+ | Police & Fire Credit Union, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14083147 | *+ | Roundup Funding, LLC, MS 550, PO Box 91121, Seattle, WA 98111-9221 |
| 14083148 | *+ | Slomin's Inc, 125 Lauman Lane, Hicksville, NY 11801-6539 |
| 14196062 | * | The Bank of New York Mellon, et.al., OCWEN LOAN SERVICING, LLC, Attn: Bankruptcy Department, P.O. BOX 24605, WEST PALM BEACH FL 33416-4605 |
| 14083150 | *+ | The Hartford, PO Box 2917, Hartford, CT 06104-2917 |
| 14083151 | * | The Home Depot, P.O. Box 103047, Roswell, GA 30076 |

| | | |
|---|---|---|
| 14075282 | *+ | Thomas R. Fawkes, Esquire, 208 S. LaSalle Street, Suite 1750, Chicago, IL 60604-1170 |
| 14083152 | *+ | Thomas R. Fawkes, Esquire, 208 S. LaSalle Street, Suite 1750, Chicago, IL 60604-1170 |
| 14083154 | *P++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229, address filed with court:, US Bank RMS CC, 205 W. 4th Street, Cincinnati, OH 45202 |
| 14083131 | * | eCast Settlement Corporatation, assignee of Chase Bank, PO Box 29262, Newark, NY 10087-9262 |
| 14075261 | ##+ | Federal Home Loan Mortgage Corp., 5000 Plano Parkway, Carrolltown, TX 75010-4900 |
| 14646808 | ##+ | SN Servicing Corporation as servicer for U.S. Bank, c/o Lorraine Gazzara Doyle, Esq., Friedman Vartolo,LLP, 1325 Franklin Avenue, Suite 230, Garden City, New York 11530-1631 |

TOTAL: 3 Undeliverable, 47 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2022         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 15, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor THE BANK OF NEW YORK MELLON  et. al. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor LSF10 MASTER PARTICIPATION TRUST bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| JAMES A. PROSTKO | on behalf of Creditor THE BANK OF NEW YORK MELLON  et. al. paeb@fedphe.com |
| JEREMY J. KOBESKI | on behalf of Creditor LSF10 Master Participation Trust jkobeski@grenenbirsic.com |
| JEROME B. BLANK | on behalf of Creditor Ditech Financial LLC jblank@pincuslaw.com |
| JEROME B. BLANK | on behalf of Creditor THE BANK OF NEW YORK MELLON  et. al. jblank@pincuslaw.com |
| JEROME B. BLANK | on behalf of Creditor LSF10 MASTER PARTICIPATION TRUST jblank@pincuslaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor DITECH FINANCIAL LLC bkgroup@kmllawgroup.com |
| KEVIN G. MCDONALD | on behalf of Creditor Ditech Financial LLC bkgroup@kmllawgroup.com |
| LAUREN MOYER | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association  as Trustee of the Bungalow Series IV Trust lmoyer@friedmanvartolo.com |
| MARIO J. HANYON | on behalf of Creditor LSF10 MASTER PARTICIPATION TRUST wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| MARIO J. HANYON | on behalf of Creditor THE BANK OF NEW YORK MELLON  et. al. wbecf@brockandscott.com, |

District/off: 0313-2 | User: admin | Page 6 of 6
Date Rcvd: Dec 15, 2022 | Form ID: 138OBJ | Total Noticed: 71

| | |
|---|---|
| | mario.hanyon@brockandscott.com |
| ROGER FAY | |
| | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Bungalow Series IV Trust rfay@milsteadlaw.com, bkecf@milsteadlaw.com |
| THOMAS SONG | |
| | on behalf of Creditor THE BANK OF NEW YORK MELLON et. al. tomysong0@gmail.com |
| THOMAS SONG | |
| | on behalf of Creditor DITECH FINANCIAL LLC tomysong0@gmail.com |
| United States Trustee | |
| | USTPRegion03.PH.ECF@usdoj.gov |
| ZACHARY PERLICK | |
| | on behalf of Debtor Ming Lie Perlick@verizon.net pireland1@verizon.net |
| ZACHARY PERLICK | |
| | on behalf of Joint Debtor Ki Ki Lie Perlick@verizon.net pireland1@verizon.net |
| ZACHARY PERLICK | |
| | on behalf of Plaintiff Ki Ki Lie Perlick@verizon.net pireland1@verizon.net |
| ZACHARY PERLICK | |
| | on behalf of Plaintiff Ming Lie Perlick@verizon.net pireland1@verizon.net |

TOTAL: 21

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Ming Lie and Ki Ki Lie

      Debtor(s)                                            Case No: 18−11814−mdc

                                                                 Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                                     900 Market Street
                                         Suite 400
                                   Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.


For The Court

Timothy B. McGrath
Clerk of Court

Dated: 12/15/22

                                                                                                          145 − 144
                                                                                                       Form 138OBJ