United States Bankruptcy Court

Eastern District of Pennsylvania

In re:   Case No. 18-11814-mdc
Ming Lie   Chapter 13
Ki Ki Lie
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: admin    Page 1 of 2
Date Rcvd: Dec 15, 2022    Form ID: 234    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ming Lie, Ki Ki Lie, 2314 S. 21st Street, Philadelphia, PA 19145-3418 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2022      Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 14, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor THE BANK OF NEW YORK MELLON et. al. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor LSF10 MASTER PARTICIPATION TRUST bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| JAMES A. PROSTKO | on behalf of Creditor THE BANK OF NEW YORK MELLON et. al. paeb@fedphe.com |
| JEREMY J. KOBESKI | on behalf of Creditor LSF10 Master Participation Trust jkobeski@grenenbirsic.com |
| JEROME B. BLANK | on behalf of Creditor THE BANK OF NEW YORK MELLON et. al. jblank@pincuslaw.com |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Dec 15, 2022 | Form ID: 234 | Total Noticed: 1

JEROME B. BLANK
    on behalf of Creditor LSF10 MASTER PARTICIPATION TRUST jblank@pincuslaw.com

JEROME B. BLANK
    on behalf of Creditor Ditech Financial LLC jblank@pincuslaw.com

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

KEVIN G. MCDONALD
    on behalf of Creditor Ditech Financial LLC bkgroup@kmllawgroup.com

KEVIN G. MCDONALD
    on behalf of Creditor DITECH FINANCIAL LLC bkgroup@kmllawgroup.com

LAUREN MOYER
    on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Bungalow Series IV Trust lmoyer@friedmanvartolo.com

MARIO J. HANYON
    on behalf of Creditor LSF10 MASTER PARTICIPATION TRUST wbecf@brockandscott.com mario.hanyon@brockandscott.com

MARIO J. HANYON
    on behalf of Creditor THE BANK OF NEW YORK MELLON et. al. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

ROGER FAY
    on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Bungalow Series IV Trust rfay@milsteadlaw.com, bkecf@milsteadlaw.com

THOMAS SONG
    on behalf of Creditor THE BANK OF NEW YORK MELLON et. al. tomysong0@gmail.com

THOMAS SONG
    on behalf of Creditor DITECH FINANCIAL LLC tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

ZACHARY PERLICK
    on behalf of Debtor Ming Lie Perlick@verizon.net pireland1@verizon.net

ZACHARY PERLICK
    on behalf of Joint Debtor Ki Ki Lie Perlick@verizon.net pireland1@verizon.net

ZACHARY PERLICK
    on behalf of Plaintiff Ki Ki Lie Perlick@verizon.net pireland1@verizon.net

ZACHARY PERLICK
    on behalf of Plaintiff Ming Lie Perlick@verizon.net pireland1@verizon.net

TOTAL: 21

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Ming Lie and Ki Ki Lie

        Debtor(s)                              Case No:18−11814−mdc

                                                    Chapter: 13

_____

### NOTICE OF TERMINATION OF WAGE ORDER

NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed a notice indicating that all plan payments have been made.

2. **Pursuant to the Amended Standing Order of this Court, Misc. No. 22−03003, any wage order entered in this case has been TERMINATED and the employer shall cease wage withholding EFFECTIVE IMMEDIATELY upon receipt of notice of the termination of the wage order.**

3. Pursuant to the Standing Order, **the Debtor(s) counsel must serve this Notice on the employer FORTHWITH.**

For The Court

Timothy McGrath,
Clerk of Court

Date: 12/15/22

144
Form 234