IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:     MING & KIKI LIE              : Bankruptcy No. 18-11814MDC
                                        :
                                        :
           DEBTORS                      : Chapter 13

**O R D E R**

AND NOW, this 29th day of February, 2024, upon consideration of the Debtors' Motion to Reopen Chapter 13 Case, it is hereby ORDERED that that the Motion to Reopen Bankruptcy case is **Granted**.

BY THE COURT:

_Magdeline D. Coleman_
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE