```
            UNITED STATES BANKRUPTCY COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

IN RE:     MING & KIKI LIE            : Bankruptcy No. 18-11814MDC
                                      :
                                      :
           DEBTORS                    : CHAPTER 13

## ORDER

AND NOW, this **6th** day of **March**, 2024, upon consideration of the Debtor motion to avoid and cancel a judicial lien which impairs an exemption of the Debtor,

It is hereby ORDERED that said motion is GRANTED, and that the judicial lien held by HUB PROPERTIES TRUST in and on the Debtor real and personal property, including the judgment entered in Philadelphia County, Court of Common Pleas, docket number 150903062, is hereby avoided upon discharge of debtor's Chapter 13 case.

BY THE COURT:

_Magdeline D. Coleman_
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE