United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-11814-mdc |
| Ming Lie | Chapter 13 |
| Ki Ki Lie | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 06, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 08, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Ming Lie, Ki Ki Lie, 2314 S. 21st Street, Philadelphia, PA 19145-3418 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2024                Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 6, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor THE BANK OF NEW YORK MELLON  et. al. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor LSF10 MASTER PARTICIPATION TRUST brian+ecf@briannicholas.com  bkgroup@kmllawgroup.com |
| JAMES A. PROSTKO | on behalf of Creditor THE BANK OF NEW YORK MELLON  et. al. paeb@fedphe.com |
| JEREMY J. KOBESKI | on behalf of Creditor LSF10 Master Participation Trust jkobeski@grenenbirsic.com |
| JEROME B. BLANK | on behalf of Creditor THE BANK OF NEW YORK MELLON  et. al. jblank@pincuslaw.com, mmorris@pincuslaw.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 06, 2024 | Form ID: pdf900 | Total Noticed: 1 |

JEROME B. BLANK
    on behalf of Creditor LSF10 MASTER PARTICIPATION TRUST jblank@pincuslaw.com mmorris@pincuslaw.com

JEROME B. BLANK
    on behalf of Creditor Ditech Financial LLC jblank@pincuslaw.com mmorris@pincuslaw.com

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

KEVIN G. MCDONALD
    on behalf of Creditor Ditech Financial LLC bkgroup@kmllawgroup.com

KEVIN G. MCDONALD
    on behalf of Creditor DITECH FINANCIAL LLC bkgroup@kmllawgroup.com

LAUREN MOYER
    on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Bungalow Series IV Trust bkecf@friedmanvartolo.com

MARIO J. HANYON
    on behalf of Creditor LSF10 MASTER PARTICIPATION TRUST wbecf@brockandscott.com mario.hanyon@brockandscott.com

MARIO J. HANYON
    on behalf of Creditor THE BANK OF NEW YORK MELLON et. al. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

ROGER FAY
    on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Bungalow Series IV Trust rfay@alaw.net, bkecf@milsteadlaw.com

THOMAS SONG
    on behalf of Creditor THE BANK OF NEW YORK MELLON et. al. tomysong0@gmail.com

THOMAS SONG
    on behalf of Creditor DITECH FINANCIAL LLC tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

ZACHARY PERLICK
    on behalf of Debtor Ming Lie Perlick@verizon.net pireland1@verizon.net;esquire.zacharyp.b123075@notify.bestcase.com

ZACHARY PERLICK
    on behalf of Joint Debtor Ki Ki Lie Perlick@verizon.net pireland1@verizon.net;esquire.zacharyp.b123075@notify.bestcase.com

ZACHARY PERLICK
    on behalf of Plaintiff Ki Ki Lie Perlick@verizon.net pireland1@verizon.net;esquire.zacharyp.b123075@notify.bestcase.com

ZACHARY PERLICK
    on behalf of Plaintiff Ming Lie Perlick@verizon.net pireland1@verizon.net;esquire.zacharyp.b123075@notify.bestcase.com

TOTAL: 21

```
            UNITED STATES BANKRUPTCY COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    MING & KIKI LIE           : Bankruptcy No. 18-11814MDC
                                    :
                                    :
          DEBTORS                   : CHAPTER 13
```

## ORDER

AND NOW, this   6th   day of   March  , 2024, upon consideration of the Debtor motion to avoid and cancel a judicial lien which impairs an exemption of the Debtor,

It is hereby ORDERED that said motion is GRANTED, and that the judicial lien held by HUB PROPERTIES TRUST in and on the Debtor real and personal property, including the judgment entered in Philadelphia County, Court of Common Pleas, docket number 150903062, is hereby avoided upon discharge of debtor's Chapter 13 case.

BY THE COURT:

*Magdeline D. Coleman*

———————————————————
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE