**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | MING & KIKI LIE | : | CHAPTER 13 |
| | | : | |
| | | : | |
| | DEBTORS | : | BANKRUPTCY No. 18-11814 |

CERTIFICATION OF NO-OBJECTION OR RESPONSE

    I, Zachary Perlick, Esquire, hereby certify that I filed a Motion to Avoid Lien of Judgment Creditor, American Express Centurion Bank, with the Clerk of the United States Bankruptcy Court on March 11, 2024 and gave notice to the Debtor, the Trustee, and all interested parties that they had twenty (20) days to file an answer, objection or other responsive pleading; that more than twenty (20) days have passed since the notices were mailed and I have not received an Answer, objection or other responsive pleading.  I therefore request that the court enter The Order accompanying said application.

BY:   /Zachary Perlick/
        Zachary Perlick, Esquire
        1420 Walnut Street, Suite 718
        Philadelphia, PA  19102
        (215) 569-2922