UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:      MING & KIKI LIE          : Bankruptcy No. 18-11814MDC
                                     :
                                     :
        DEBTORS                      : CHAPTER 13

ORDER

AND NOW, this 11th day of April, 2024, upon consideration of the Debtor motion to avoid and cancel a judicial lien which impairs an exemption of the Debtor,

It is hereby ORDERED that said motion is GRANTED, and that the judicial lien held by AMERICAN EXPRESS CENTURION BANK in and on the Debtor real and personal property, including the judgment entered in Philadelphia County, Court of Common Pleas, docket number 081204142, is hereby avoided upon discharge of debtor's Chapter 13 case.

BY THE COURT:

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE